UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES HARPER,

Plaintiff,

v.

GREGORIEV, et al.,

Defendants.

Case No.: 2:25-cv-01992-CDS-BNW

**ORDER**

(ECF No. 1)

I.      **DISCUSSION**

Plaintiff, a former inmate in the custody of the Nevada Department of Corrections, previously filed an application to proceed *in forma pauperis* for inmates. (ECF No. 1). However, Plaintiff has filed an updated address indicating that he is no longer incarcerated. (ECF No. 3). Therefore, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmates as moot. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $405 on or before **June 22, 2026**.

II.     **CONCLUSION**

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* for inmates (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that, no later than **June 22, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff

can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS 21 day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2